Eastern District of Kentucky
**FILED**

APR 24 2025

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
### SOUTHERN DIVISION
### LONDON

**UNITED STATES OF AMERICA**

V.                                    INDICTMENT NO. 6:25-cr-036-REW
                                      21 U.S.C. § 846

**DANIEL HATFIELD**

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about a date in January 2023, the exact date unknown, and continuing through on or about a date in December 2024, the exact date unknown, in Pulaski County, Knox County, and Laurel County in the Eastern District of Kentucky, and elsewhere,

**DANIEL HATFIELD**

did conspire with others to knowingly and intentionally distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. § 846.

A TRUE BILL

_____
**FOREPERSON**

_[signature]_
**PAUL C. McCAFFREY**
**ACTING UNITED STATES ATTORNEY**

## PENALTIES

Not less than 10 years nor more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years supervised release.

**PLUS:**   Mandatory special assessment of $100.